UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

In re:                                                         Case No. 8:21-bk-00070-MGW
                                                               Chapter 7
MARC JOSEPH ALEXANDER and
YOBY LYNN ALEXANDER,

    Debtors.
_____/

## TRUSTEE'S APPLICATION TO EMPLOY
## APPRAISER TO APPRAISE PERSONAL PROPERTY

Chapter 7 Trustee, Dawn A. Carapella (the "Trustee"), files her Application to Employ Appraiser to Appraise Personal Property, and states:

1. On January 11, 2021, the Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code.

2. The Trustee respectfully requests authority to employ Robert Bonnell, ("Appraiser"), P.O. Box 10337, Brooksville, FL 34603, for the purpose of obtaining an appraisal of the value of the personal property.

3. No fees or costs will be paid without prior application and approval of the Court unless the cost of the appraisal is less than $150.00. Compensation will be determined later in accordance with Section 330 of the Bankruptcy Code.

4. Appraiser is experienced, qualified, and competent to appraise the Debtors' personal property.

5. To the best of the Debtors' knowledge, Appraiser has no connection with any parties in interest or their attorneys or accountants, has no interest adverse to the

-2-

Estate that would disqualify him/her from employment and, therefore, is a disinterested party. The Appraiser's declaration of disinterestedness is attached hereto as **Exhibit "A."**

WHEREFORE, the Trustee respectfully requests that this Court enter an order approving the employment of Appraiser as appraiser, and grant such other and further relief as the Court deems appropriate.

**I HEREBY CERTIFY** that on March 23, 2021, a true and correct copy of the foregoing has been sent via CM/ECF electronic system or by regular U.S. Mail furnished to: **Debtors:** Marc Alexander and Yoby Lynn Alexander, 115 Robbins Rest Ct, Davenport, FL 33896-0000; **Debtors' Attorney:** Hurley Partin Whitaker, Ii, 700 N. Wickham Rd., Ste. 205, Melbourne, FL 32935; **Appraiser**, Robert Bonnell, ("Appraiser"), P.O. Box 10337, Brooksville, FL 34603; and **Office of the United States Trustee**, 501 East Polk Street, Suite 1200, Tampa, Florida 33602.

Respectfully submitted,

/s/ Dawn A. Carapella
DAWN A. CARAPELLA
Chapter 7 Trustee
P.O. Box 67
Valrico, FL 33595-0067
Dcarapellatrustee@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVFISION

IN RE:

MARC ALEXANDER
YOBY ALEXANDER

Case No.: 8-21-00070

Debtors

## DECLARATION IN SUPPORT OF EMPLOYMENT

1. I, Robert Bonnell, am an appraiser with forty-two years of experience testifying before the United States Bankruptcy Court, Middle District of Florida on behalf of various trustees, as well as attorneys representing debtors and lien holders. I have testified as an expert witness in several state courts as well as the Federal District Court.

2. I do not hold or represent an interest adverse to the estate.

3. I am not a creditor, equity security holder or insider of the Debtor.

4. I am not, ans was not within the two years before the petition date a director, or officer, or employee of the Debtor.

5. I have no interest materially adverse to the interest of the estate or of any class of creditors or equity holders, by reason of any direct or indirect relationship to, connection with, or interest in the Debtor, or for any other reason.

6. I further state that I do not have any connection, or otherwise have no interest adverse to the Debtors, creditors, or any other party in interest, their respective attorneys and accountants, the United States Trustee, or any person employed in the Office of the United States Trustee, In the past, I have appraised property of estates for Dawn Carapella, Chapter 7 Trustee in unrelated bankruptcy cases.

7. I have not and will not agree to share my compensation for such services with any person.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT

Executed on _March 12 2021_    By _[signature]_
ROBERT BONNELL
P. O. Box 10337
Brooksville, Florida 34603
(814) 493-1380